NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEARNING CURVE BRANDS, INC.,**
*Plaintiff-Appellant,*

v.

**MUNCHKIN, INC.,**
*Defendant-Appellee.*

---

2011-1036

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0416, Senior Judge Barbara B. Crabb.

---

**ON MOTION**

---

**ORDER**

Learning Curve Brands, Inc. moves without opposition for a 14-day extension of time, until September 29, 2011, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 14 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: R. Trevor Carter, Esq.
    Josephine K. Benkers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2011

JAN HORBALY
CLERK